## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**GERALDINE LOCHREN AND**
**TOMEKA WOODS, ON THEIR**
**OWN BEHALF AND ON**
**BEHALF OF THOSE**                    CASE NO.:  6:21-CV-1640-WWB-LRH
**SIMILARLY SITUATED,**

     **Plaintiffs,**

**vs.**

**HORNE LLP,**

     <u>Defendant.              </u>/

## <u>PLAINTIFFS' NOTICE OF SETTLEMENT</u>

Plaintiffs, GERALDINE LOCHREN AND TOMEKA WOODS, ON THEIR OWN BEHALF AND ON BEHALF OF THOSE SIMILARLY SITUATED, by and through the undersigned counsel hereby give notice that the parties have resolved the matter and will be filing the appropriate settlement documents with the Court.

     **DATED** this 29th day of June, 2022.

                              <u>**/s/ C. RYAN MORGAN**</u>
                              C. Ryan Morgan, Esquire
                              FBN 0015527
                              Morgan & Morgan, P.A.
                              20 N. Orange Ave, 15th Floor
                              Orlando, FL 32801

*MAILING ADDRESS:*
*P.O. Box 530244*
*Atlanta, GA 30353-0244*
T: (407) 420-1414
F: (407) 245-3401
E:  RMorgan@forthepeople.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on June 29, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to the following: Jacob Hanson, Esquire, Bradley Arant Boult Cummings, LLP, 100 North Tampa Street, Suite 2200, Tampa, FL 33602, T: 813-559-5500, E: jhanson@bradley.com, *Attorneys for Defendants*.

/s/ C. RYAN MORGAN
C. RYAN MORGAN, ESQ.