UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERALDINE LOCHREN, TOMEKA WOODS, and STEPHANIE THEOPIN-DELEON,

 Plaintiffs,

v.               Case No: 6:21-cv-1640-JSS-LHP

HORNE LLP,

 Defendant.
_____/

**ORDER**

  The parties jointly move for initial approval of their Third Amended Collective Action Settlement Agreement. (Dkt. 89.) Magistrate Judge Leslie Hoffman Price recommends that the motion be granted. (Dkt. 93.) The parties have no objection to the Magistrate Judge's report and recommendation. (Dkt. 94.)

  After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72. The failure to timely object to the proposed findings and recommendations "waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1; *see* 28 U.S.C. § 636(b)(1). Even in the absence of an objection, the district judge reviews any legal conclusions de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603,

604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

Upon conducting a careful and complete review of the Magistrate Judge's findings, conclusions, and recommendations, and giving de novo review to matters of law, the court adopts the report and recommendation in full.

Accordingly:

1. The Magistrate Judge's report and recommendation (Dkt. 93) is **ACCEPTED** and **ADOPTED**.

2. The parties' motion (Dkt. 89) is **GRANTED**.

3. This matter is **CONDITIONALLY CERTIFIED** as a FLSA collective action for settlement purposes only, with the collective defined as:

   All QA/QC Specialists or Eligibility Analysts on the Texas Rental Relief Program who worked for Defendant within three years prior to the filing of this lawsuit to the approval date.

4. The parties' Amended Settlement Agreement (Dkt. 89-1) is **PRELIMINARILY APPROVED**.

5. The notice and administration process in the Amended Settlement Agreement is **AUTHORIZED**.

6. On or before September 6, 2024, the parties shall file a joint motion for final settlement approval. This motion shall include all completed Claims Administration Forms, any objections from the potential opt-ins, and a request for final approval of an award of attorney fees to Plaintiffs'

counsel. The parties shall support the motion with citation to legal authority and shall address in the motion the issues outlined in the report and recommendation.

**ORDERED** in Orlando, Florida, on August 9, 2024.

                                      JULIE S. SNEED
                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record