UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHANIE THEOPHIN-DELEON,

    Plaintiff,

v.     Case No: 6:21-cv-1640-JSS-LHP

HORNE LLP,

    Defendant.
_____/

## ORDER

This collective action commenced in October 2021 with allegations that Defendant violated the Fair Labor Standards Act (FLSA), 29 U.S.C. §§ 201–219, when it failed to pay employees overtime wages. (Dkt. 1.) In November 2024, the parties filed a joint motion (Dkt. 103) asking the court to approve the settlement agreement they had negotiated (Dkt. 103-1) and to dismiss this case with prejudice. The magistrate judge assigned to this case recommends that the court grant the motion. (Dkt. 104.) The parties do not object to the recommendation. (Dkt. 105.)

Having independently examined the case file, the court agrees with the magistrate judge's recommendation. Accordingly:

1. The recommendation (Dkt. 104) is **ADOPTED** and made a part of this order for all purposes, including appellate review.

2. The joint motion for settlement approval (Dkt. 103) is **GRANTED**.

3. The settlement agreement (Dkt. 103-1) is **APPROVED**.

4. The parties shall perform all actions necessary to effectuate the settlement agreement (Dkt. 103-1) to conclusion.

5. This case is **DISMISSED with prejudice**.

6. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and to close the case file.

**ORDERED** in Orlando, Florida, on February 10, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record